# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>           Plaintiff,<br><br>     v.<br><br>C. OGBEHI, et al.,<br><br>           Defendants. | Case No. 1:15-cv-01059-LJO-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CASES TO BE TRANSFERRED ON APPEAL<br><br>(Document 9) |

Plaintiff Josh Thomas ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on July 10, 2015. On July 14, 2015, the Court dismissed the action without prejudice to refiling accompanied by the filing fee.

Plaintiff filed a notice of appeal on September 14, 2015.

Also on September 14, 2015, Plaintiff filed a motion for cases to be "transferred" on appeal. Plaintiff believes that his prior cases were dismissed in error, and that he actually stated a claim for relief. He contends that these dismissals are part of the record on appeal. While this Court's determination of whether the prior actions were strikes is an issue, the validity of the prior dismissals is not.

///

///

///

1  In any event, the orders dismissing Plaintiff's prior actions are available to the Ninth Circuit
2 through this Court's electronic filing system.  Plaintiff's motion is therefore DENIED AS MOOT.

IT IS SO ORDERED.

   Dated:   **September 16, 2015**              /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE

2