# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS, | 1:15-cv-01059-LJO-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | ORDER DISMISSING CERTAIN CLAIMS AND TRANSFERRING CERTAIN CLAIMS FOR VENUE |
| C. OGBEHI, et al., | |
| Defendants. | (Doc. 42) |

Plaintiff Josh Thomas, a state prisoner proceeding *pro se* and *in forma pauperis*, brings this action pursuant to 42 U.S.C. § 1983, the Americans with Disabilities Act ,42 U.S.C. § 12101 et seq., and the Rehabilitation Act § 504. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

In this case, Plaintiff asserts claims against the State of California, the California Department of Corrections and Rehabilitation, the County of King, Defendants T. Price, J. Lopez, Does 1 -4, LeMay, Thomas, Belantes, Faria, T. Brown, Johal, Oder, Ogbuehi, Byers, Ugwueze, Beltran, Alva, Tann, Carrasquillo, and Smiley, arising out of incidents while he was housed at the California Substance Abuse Treatment Facility ("CSATF"). Plaintiff also asserts claims against Defendants O'Mar, Green, Bick, Harris, Collins, Strickland, Harmon, Harless, Gilliard, Horch, and Gatr, and the County of Solano, arising out of events from when he was housed at California Medical Facility ("CMF"), in Vacaville, California.

On June 27, 2018, the assigned Magistrate Judge filed a findings and recommendations. (Doc. No. 42.) The findings and recommendations recommended that all claims against the CSATF defendants be dismissed, with prejudice, for the failure to state a claim upon which relief

1

may be granted. They further recommended that the claims against the CMF defendants be severed and transferred to the Sacramento Division of the United States District Court for the Eastern District of California, based on venue. The findings and recommendations was served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days (14) days from the date of service. That deadline has passed, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on June 27, 2018, are adopted in full;

2. Plaintiff's claims against the State of California, the California Department of Corrections and Rehabilitation, the County of King, and Defendants T. Price, J. Lopez, Does 1 - 4, LeMay, Thomas, Belantes, Faria, T. Brown, Johal, Oder, Ogbuehi, Byers, Ugwueze, Beltran, Alva, Tann, Carrasquillo, and Smiley, are dismissed, with prejudice, for the failure to state a claim upon which relief may be granted;

3. Plaintiff's claims against Defendants O'Mar, Green, Bick, Harris, Collins, Strickland, Harmon, Harless, Gilliard, Horch, and Gatr, and the County of Solano, are severed and transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

4. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

    Dated:   **July 27, 2018**           /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE